730 A.2d 202

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,**

v.

**Larry S. GREENBERG, Respondent.**

**Misc. Docket AG, No. 83, Sept. Term, 1998.**

Court of Appeals of Maryland.

May 27, 1999.

### *ORDER*

This matter came before the Court on the Joint Petition for Reprimand by Consent submitted by the Attorney Grievance

Commission of Maryland, Petitioner, and Larry S. Greenberg, Respondent. The Court having considered the petition, it is this 27th day of May, 1999,

ORDERED by the Court of Appeals of Maryland that the Respondent, Larry S. Greenberg, be, and he hereby is, reprimanded for misconduct in violation of Rules 1.3 and 1.4 of the Maryland Rules of Professional Conduct.